## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mazda Motor of America, Inc., | Civil No. 10-3634 (RHK/JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Suzuki Sports Center, Inc., | |
| Defendant. | |

Pursuant to the Stipulation For Dismissal With Prejudice (Doc. No. 20), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, fees or expenses to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 8, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge